# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **DAVID K. RICHARDSON,** *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**HIRERIGHT, LLC,**<br><br>Defendant. | Civil Action Docket No. 2:19-cv-00052-GZS |

## DEFENDANT HIRERIGHT, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, ALTERNATIVELY, TO TRANSFER THIS ACTION TO THE MIDDLE DISTRICT OF TENNESSEE

Pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, Defendant HireRight, LLC ("HireRight") respectfully moves this Court for an Order dismissing Plaintiff's claims against HireRight for lack of personal jurisdiction and improper venue. Alternatively, HireRight moves the Court for an Order transferring this case to the Middle District of Tennessee, pursuant to 28 U.S.C. § 1404(a). The grounds for this Motion are set forth in the attached Memorandum in Support.

/s/ *Joseph A. Lazazzero*
Joseph A. Lazazzero (Bar# 005163)
One International Place, Suite 2700
Boston, MA  02110
Phone: 617.378.6000
jlazazzero@littler.com

Attorney for HireRight, LLC
Defendant

Dated:  April 5, 2019

## **CERTIFICATE OF SERVICE**

I, Joseph A. Lazazzero, attorney for Defendant, certify that a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

                                                  */s/ Joseph A. Lazazzero*
                                                  Joseph A. Lazazzero (Bar# 005163)

Dated: April 5, 2019

FIRMWIDE:163560548.1 084143.1067