UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID K. RICHARDSON<br>Plaintiff,<br><br>v.<br><br>HIRERIGHT LLC<br>Defendant, | )<br>)<br>)<br>) Civil No. 2:19-cv-00052-GZS<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order entered by U.S. District Judge, George Z. Singal on May 14, 2019, JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Lindsey Caron
      Deputy Clerk

Dated: May 14, 2019